FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
OCT 1 1 2012
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION |
| | ) | |
| v. | ) | NO. 3:12-00198 |
| | ) | |
| [1] PHILIP BRENT JOHNSON | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(2) |
| [2] GREGORY LEE GREGORY | ) | 18 U.S.C. § 2 |
| | ) | |
| [3] ALI HUSSEIN KASSEM | ) | |

## MOTION TO SEAL INDICTMENT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves this Court to seal the indictment in this case. In support thereof, the United States submits that the defendants named in the indictment are not in custody at this time, and sealing is necessary to ensure the integrity of the planned enforcement action associated with the execution of the arrests warrants in this case.

*Order: This motion is GRANTED. [signature] 10-11-12*

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

BY _____
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, A961
Nashville, Tennessee 37203
Phone: 615-736-5151