UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | NO. 3:12-00198 |
| [1] PHILIP BRENT JOHNSON ) | 18 U.S.C. § 922(a)(6) |
| ) | 18 U.S.C. § 924(a)(2) |
| [2] GREGORY LEE GREGORY ) | 18 U.S.C. § 922(e) |
| ) | 18 U.S.C. § 924(b) |
| [3] ALI HUSSEIN KASSEM ) | 18 U.S.C. § 2 |
| ) | 21 U.S.C. § 841(a)(1) |
| [4] MOHAMED METLEG ) | 21 U.S.C. § 846 |
| a/k/a MO ) | |
| a/k/a RABEAH NASHER ) | |
| a/k/a RUPERT GOLDBERG ) | |
| a/k/a JASON MURDOCH ) | |
| ) | |
| [5] NAWAK CHAOUK ) | |
| a/k/a ANDREW THORN ) | |
| a/k/a NEVO ) | |

## **ORDER**

This matter comes before the Court on the Government's Motion to Seal Indictment. It is hereby ordered that:

The Motion is granted and the Superseding Indictment is ordered sealed as to the above defendants, pending further order of the Court, except that a copy of the Superseding Indictment: (a) may be provided by the Government to the defendant or the defendant's counsel after the defendant is arrested; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily -authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government.

HONORABLE Wm. J. Haynes, Jr.
UNITED STATES District JUDGE

Dated: 11-29-12