> **Motion is GRANTED, conditioned upon the timely filing of waivers of speedy trial by all defendants.**
>
> /s/ Aleta A. Trauger

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | CASE No.   3:12-00198 |
| ) | JUDGE TRAUGER |
| **GREGORY LEE GREGORY** ) | |
| Defendant ) | |

### MOTION TO CONTINUE TRIAL

Comes now the defendant, Gregory Lee Gregory, by and through counsel of record, David R. Heroux, and moves this Honorable Court to continue the trial set for July 9, 2013.  The defendant has been authorized to represent to the Court that the Government has no objection to this motion.  In support of this motion the defendant has filed an affidavit, a Motion to Set a Plea Hearing, and a speedy trial waiver.

Respectfully submitted,

**Haymaker & Heroux, P.C.**

s/ David R. Heroux
David R. Heroux,    BPR    20798
Attorney for the Defendant
943 Main Street
Nashville, Tennessee 37206
(615) 250-0050