UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> **Motion GRANTED. Hearing reset for 10/30/13 at 10:30 a.m.**

UNITED STATES OF AMERICA )
)
)
v. ) No. 3:12-00198-1
) Judge Trauger
)
PHILIP BRENT JOHNSON )

## MOTION TO CONTINUE

Comes now the defendant, Philip Johnson, by and through counsel, Sumter L. Camp, and hereby moves this Honorable Court to continue the above styled cause which is presently set for October 3, 2013. In support of this motion defendant would refer the Court to the affidavit filed herewith.

Respectfully submitted,

s/ *Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October, 2013, I electronically filed the foregoing Motion to Continue with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: the Honorable Philip H. Wehby and Clay T. Lee, Assistant United States Attorneys, 110 9th Avenue South, Suite A961, Nashville, Tennessee 37203; David R. Heroux, Haymaker & Heroux, P.C., 943 Main Street, Nashville, TN 37206; and Deanna Bell Johnson, P.O. box 2492, Brentwood, TN 37207.

s/ *Sumter L. Camp*
SUMTER L. CAMP