# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00198 |
| | ) | Judge Trauger |
| [1] PHILIP BRENT JOHNSON | ) | |

## **O R D E R**

It is hereby **ORDERED** that this case is set for a change of plea hearing on Thursday, February 27, 2014, at 11:00 a.m.

It is so **ORDERED**.

ENTER this 21st day of February 2014.

_____
ALETA A. TRAUGER
U.S. District Judge